**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Iron IQ, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **Iron-IQ, Inc.**<br>**Iron-IQ**<br>**Scada Integration Partners**<br>**Drillbox, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1019753** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **610 Rood Avenue**<br>**Grand Junction, CO 81501**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Mesa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://iron-iq.com/**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Iron IQ, Inc.**
Name                                                          Case number (*if known*)

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

---

| Debtor | **Iron IQ, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Iron IQ, Inc.**                                                Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Iron IQ, Inc.**
_____
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 10, 2025**
_____
MM / DD / YYYY

**X** **/s/ Michael Ligrani**
_____
Signature of authorized representative of debtor

**Michael Ligrani**
_____
Printed name

Title   **CEO**
_____

**18. Signature of attorney**

**X** **/s/ Keri L. Riley**
_____
Signature of attorney for debtor

Date   **January 10, 2025**
_____
MM / DD / YYYY

**Keri L. Riley 47605**
_____
Printed name

**Kutner Brinen Dickey Riley PC**
_____
Firm name

**1660 Lincoln Street, Suite 1720**
**Denver, CO 80264**
_____
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**   Email address   **klr@kutnerlaw.com**

**47605 CO**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Iron IQ, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 10, 2025**    *X* **/s/ Michael Ligrani**
                                   Signature of individual signing on behalf of debtor

                                     **Michael Ligrani**
                                     Printed name

                                     **CEO**
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name          **Iron IQ, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **366,590.44**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................... $     **366,590.44**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $     **20,129.76**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **4,050.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$     **4,697,884.00**

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b      $     **4,722,063.76**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Iron IQ, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **US Bank** | **Checking** | **5170** | $112,733.61 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $112,733.61 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **228,609.98** - **0.00** = .... $228,609.98
     face amount             doubtful or uncollectible accounts

Debtor  **Iron IQ, Inc.**                                      Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | **16,493.70** | - | **8,246.85** =.... | **$8,246.85** |
| | face amount | | doubtful or uncollectible accounts | |

**12.**  **Total of Part 3.**                                                   | **$236,856.83** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Desks**<br>**Chairs** | **Unknown** | | **$5,000.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers** | **Unknown** | | **$5,000.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                   | **$10,000.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No

Debtor   **Iron IQ, Inc.**                                     Case number *(If known)* _____
         Name

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2020 Chevrolet Silverado** | **$7,000.00** | | **$7,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**

      Add lines 47 through 50.  Copy the total to line 87.

      | **$7,000.00** |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   **610 Rood Avenue<br>Office Building** | **Lease** | **$0.00** | | **$0.00** |

Debtor   **Iron IQ, Inc.**                                    Case number *(If known)* _____
Name

56.   **Total of Part 9.**                                                                | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** iron-iq.com; patch-iq.com | **Unknown** | | **Unknown** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** Patch-IQ Scada Software; Galileo Data Analytics | **Unknown** | | **Unknown** |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                              | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

Debtor    **Iron IQ, Inc.**                                          Case number *(If known)* _____
          <sub>Name</sub>

■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | NOL - Face Amount of $483,691.00 _____ Tax year **2020** _____ | **Unknown** |
| | NOL - Face Amount $3,051,386.00 _____ Tax year **2021** _____ | **Unknown** |
| | NOL - Face Amount of $1,997,796.00 _____ Tax year **2022** _____ | **Unknown** |
| | NOL - Face Amount of $228,915.00 _____ Tax year **2019** _____ | **Unknown** |
| 73. | **Interests in insurance policies or annuities**<br>**Liability Insurance Policy from Lloyds of London;**<br>**Providing Defense for Pre-petition litigation** | **Unknown** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Counterclaims in Case: 4:23-CV-3416** | **Unknown** |

Nature of claim          **Tortious Interference;**
                         **Promissory Estoppel**

Amount requested                        **$0.00**

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Iron IQ, Inc.**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $112,733.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $236,856.83 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $366,590.44 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $366,590.44 |

**Fill in this information to identify the case:**

Debtor name **Iron IQ, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Santander Consumer USA**<br>Creditor's Name<br>**1601 Elm Street**<br>**Suite 800**<br>**Dallas, TX 75201**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2020 Chevrolet Silverado**<br><br>Describe the lien | $20,129.76 | $7,000.00 |

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 10, 2021**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $20,129.76 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**Iron IQ, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Bijou Insights - Ryan Zorn**<br>**P.O. Box 331**<br>**Fraser, CO 80442** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,050.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Commission** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1881 Pierce Street**<br>**Attn: Bankruptcy Dept., RM 104**<br>**Lakewood, CO 80215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Iron IQ, Inc.**     Case number (*if known*) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**350 Investments LLC**
**350 Beachfront Trail**
**Unit 3**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 30, 2024**

Basis for the claim:  **Interest On ly Loan**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Aaron Martinsen**
**361 High Desert Road**
**Grand Junction, CO 81507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 1, 2024**

Basis for the claim:  **Interest Only Loan**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,718.33** |
|---|---|---|---|

**Aiven Timescale Cloud**
**Antinkatu 1**
**6th Floor**
**00100 Helsinki, Finland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,981.59** |
|---|---|---|---|

**Anthem Blue Cross Blue Shield**
**P.O. Box 5747**
**Denver, CO 80217-5747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee Insurance**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,558.35** |
|---|---|---|---|

**Arvid F. Johnsen Irrevocable Trust**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 22, 2023**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| Debtor | **Iron IQ, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address
**Arvid F. Johnson Irrevocable Trust**

Date(s) debt was incurred **May 20, 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset? ■ No ☐ Yes

**$115,846.57**

---

**3.7** | Nonpriority creditor's name and mailing address
**Ascent CFO Solutions**
**1035 Pearl Street**
**Suite 407**
**Boulder, CO 80302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fractional CFO Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$7,184.38**

---

**3.8** | Nonpriority creditor's name and mailing address
**Ascent Eenrgy Ventures LP**

Date(s) debt was incurred **May 20, 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset? ■ No ☐ Yes

**$69,507.94**

---

**3.9** | Nonpriority creditor's name and mailing address
**Ascent Energy Ventures I LP**

Date(s) debt was incurred **September 22, 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset? ■ No ☐ Yes

**$107,791.78**

---

**3.10** | Nonpriority creditor's name and mailing address
**Ascent Enery Ventures I LP**

Date(s) debt was incurred **September 9, 2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Convertible Note**

Is the claim subject to offset? ■ No ☐ Yes

**$22,801.09**

---

**3.11** | Nonpriority creditor's name and mailing address
**AUTOSOL**
**16055 Space Center Blvd.**
**Suite 450**
**Houston, TX 77062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Software**

Is the claim subject to offset? ■ No ☐ Yes

**$59,342.00**

---

**3.12** | Nonpriority creditor's name and mailing address
**Bill Holdings, Inc.**
**6220 America Center Drive**
**Suite 100**
**San Jose, CA 95002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$49,297.00**

---

Debtor **Iron IQ, Inc.**

Name

Case number (*if known*) _____

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,438.50**

**Deel, Inc.**
**425 1st**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Contractor Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,586.30**

**Diane Showalter**
**20711 West Lance Hill Road**
**Cheney, WA 99004**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **December 19, 2023**

Basis for the claim: **Convertible Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,381.39**

**DoiT International USA Inc.**
**5201 Great America Parkway**
**Suite 320**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: **Software**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,147.39**

**Donald Pool**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **January 25, 2024**

Basis for the claim: **Convertible Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,846.57**

**Edward D. Herrick 2016 Family Trust**
**P.O. Box 2675**
**Telluride, CO 81435**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **May 20, 2022**

Basis for the claim: **Convertible Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,005.47**

**Edward D. Herrick 2016 Family Trust**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **September 9, 2022**

Basis for the claim: **Convertible Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,558.35**

**Edward D. Herrick 2016 Family Trust**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **September 22, 2023**

Basis for the claim: **Convertible Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Iron IQ, Inc.**  _____   Case number (if known) _____

Name

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Freestyle Properties LLC**
**20711 West Lance Hill Road**
**Cheney, WA 99004**

**Date(s) debt was incurred** __January 6, 2023__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Interest Only Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$102,000.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Greater Colorado Venture Fund**
**1109 Hyde Street**
**Ridgway, CO 81432**

**Date(s) debt was incurred** __May 20, 2022__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Convertible Note__

Is the claim subject to offset? ■ No ☐ Yes

**$289,616.43**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Greater Colorado Venture Fund**
**1109 Hyde Street**
**Ridgway, CO 81432**

**Date(s) debt was incurred** __August 18, 2022__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Convertible Note__

Is the claim subject to offset? ■ No ☐ Yes

**$285,917.80**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Greater Colorado Venture Fund**
**1109 Hyde Street**
**Ridgway, CO 81432**

**Date(s) debt was incurred** __September 22, 2023__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Convertible Note__

Is the claim subject to offset? ■ No ☐ Yes

**$161,687.67**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Greenberg Traurig**
**2200 Ross Avenue**
**Suite 5200**
**Dallas, TX 75201**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Attorney Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$108,892.70**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Hsueh-hui Wu**
**1025 Sandy Ridge Drive**
**Davenport, FL 33896**

**Date(s) debt was incurred** __May 8, 2024__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Interest Only Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Jason Gregory**
**200 North Mullan Road**
**Suite 111**
**Spokane Valley, WA**

**Date(s) debt was incurred** __May 20, 2022__

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Convertible Note__

Is the claim subject to offset? ■ No ☐ Yes

**$57,923.28**

---

Debtor   **Iron IQ, Inc.**                                               Case number (if known) _____
_____
Name

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,504.10**

Jason Gregory
200 North Mullan Road
Suite 111
Spokane Valley, WA

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **September 9, 2022**

Basis for the claim: **Convertible Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91,623.01**

Jason Gregory
200 North Mullan Road
Suite 111
Spokane Valley,, WA

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **September 22, 2023**

Basis for the claim: **Convertible Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,729.86**

Jason Gregory
200 North Mullan Road
Suite 111
Spokane Valley, WA

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **March 18, 2024**

Basis for the claim: **Convertible Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140,000.00**

John Wolgamott
423 Peak Trail Drive
Durango, CO 81303

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **June 3, 2024**

Basis for the claim: **Interest Only Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$289,616.43**

John Wolgamott
423 Peak Trail Drive
Durango, CO 81303

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **May 20, 2022**

Basis for the claim: **Convertible Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114,005.47**

John Wolgamott
423 Peak Trail Drive
Durango, CO 81303

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **September 9, 2022**

Basis for the claim: **Convertible Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,337.53**

John Wolgamott
423 Peak Trail Drive
Durango, CO 81303

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **September 22, 2023**

Basis for the claim: **Convertible Note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Iron IQ, Inc.**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$265,863.01**

**John Wolgamott**
**423 Peak Trail Drive**
**Durango, CO 81303**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 19, 2023**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,701.36**

**John Wolgamott**
**423 Peak Trail Drive**
**Durango, CO 81303**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 28, 2024**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,627.39**

**John Wolgamott**
**423 Peak Trail Drive**
**Durango, CO 81303**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 1, 2024**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,990.01**

**KL Discovery**
**9023 Columbine Road**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 1, 2024**

Basis for the claim:  **Litiation Expenses**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,092.60**

**Matt Showalter**
**20711 West Lance Hill Road**
**Cheney, WA 99004**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 20, 2022**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00**

**Matthew J. Showalter**
**20711 West Lance Hill Road**
**Cheney, WA 99004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 23, 2024**

Basis for the claim:  **Interest Only Loan**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$644,710.96**

**Michelman and Robinson LLC**
**10880 Wilshire Blvd.**
**Los Angeles, CA 90024**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Iron IQ, Inc.**                                    Case number (*if known*)  _____
_____
Name

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Remote Virtual Services**
**1320 Bobwhite Court**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,123.29** |
|---|---|---|---|

**South Avenue Investments, LLC**
**P.O. Box 4308**
**Grand Junction, CO 81502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Lease Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,923.28** |
|---|---|---|---|

**Talos Investment Partners, LLC**
**100 Fillmore Street**
**5th Floor**
**Denver, CO 80206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 20, 2022**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,876.71** |
|---|---|---|---|

**Talos Investment Partners, LLC**
**100 Fillmore Street**
**5th Floor**
**Denver, CO 80206**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 24, 2024**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,226.00** |
|---|---|---|---|

**Team India**
**H1 St.**
**Ashok Nagar**
**Bengaluru, Karnataka 560025, India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contractor Payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$53,895.89** |
|---|---|---|---|

**The Ligrani Family Trust**
**166 Glen Haven Street**
**Fruita, CO 81521**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 22, 2023**

Basis for the claim:  **Convertible Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,155.34** |
|---|---|---|---|

**TWILIO**
**101 Spear Street**
**Fifth Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software Expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Iron IQ, Inc.** | Case number (*if known*) | |
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,535.00** |
| | **U.S. Bank** | ☐ Contingent | |
| | **800 Nicollet Mall** | ☐ Unliquidated | |
| | **Minneapolis, MN 55402** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Line of Credit__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,847.94** |
| | **VIM Resources** | ■ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred __December 20, 2023__ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: __Convertible Note__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
| | **VIM Resources LLC** | ☐ Contingent | |
| | **11314 Antelope Lane** | ☐ Unliquidated | |
| | **Parker, CO 80138** | ☐ Disputed | |
| | Date(s) debt was incurred __May 8, 2024__ | Basis for the claim: __Interest Only Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,961.64** |
| | **Wayne Moore** | ■ Contingent | |
| | **3838 Oak Lawn Avenue** | ■ Unliquidated | |
| | **Suite 1500** | ☐ Disputed | |
| | **Dallas, TX 75219** | | |
| | Date(s) debt was incurred __May 20, 2022__ | Basis for the claim: __Convertible Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Weatherford International** | ■ Contingent | |
| | **2000 St. James Place** | ■ Unliquidated | |
| | **Houston, TX 77056** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation Claims__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
| | **Wesson Family Investments LP** | ☐ Contingent | |
| | **605 Brandview** | ☐ Unliquidated | |
| | **Granbury, TX 76049** | ☐ Disputed | |
| | Date(s) debt was incurred __May 6, 2024__ | Basis for the claim: __Interest Only Loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,506.30** |
| | **Wesson Family Investments LP** | ■ Contingent | |
| | **6054 Grandview** | ■ Unliquidated | |
| | **Granbury, TX 76049** | ☐ Disputed | |
| | Date(s) debt was incurred __September 22, 2023__ | Basis for the claim: __Convertible Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**　**List Others to Be Notified About Unsecured Claims**

| Debtor | Iron IQ, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Office of the Attorney General**<br>**State of Colorado**<br>**1525 Sherman Street**<br>**7th Floor**<br>**Denver, CO 80203** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Office of the US Attorney**<br>**District of Colorado**<br>**1225 Seventeenth Street**<br>**Suite 700**<br>**Denver, CO 80202-2628** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 4,050.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 4,697,884.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,701,934.00 |

**Fill in this information to identify the case:**

Debtor name    **Iron IQ, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Office Spaces; Debtor is Lessor** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | | **HCL Engineering** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Office Space** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **South Avenue Investments, LLC** |
| | List the contract number of any government contract | | **P.O. Box 4308** |
| | | | **Grand Junction, CO 81502** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Unexpired Customer Contracts** |
| | List the contract number of any government contract | | **(Confidential Business Information)** |

**Fill in this information to identify the case:**

Debtor name __**Iron IQ, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Michael Ligrani** | **610 Rood Avenue**<br>**Grand Junction, CO 81501** | **Santander Consumer USA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Iron IQ, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF COLORADO</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$83,641.58** |
    | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$2,790,833.12** |
    | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,753,568.71** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

Debtor **Iron IQ, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Aiven Timescale Cloud**<br>**Antinkatu 1**<br>**6th Floor**<br>**00100 Helsinki, Finland** | | $27,436.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Software COGs for Product** |
| 3.2. **Anthem Blue Cross Blue Shield**<br>**P.O. Box 5747**<br>**Denver, CO 80217-5747** | | $29,963.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Insurance** |
| 3.3. **Ascent CFO Solutions**<br>**1035 Pearl Street**<br>**Suite 407**<br>**Boulder, CO 80302** | | $14,368.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Fractional CFO Fees** |
| 3.4. **AUTOSOL**<br>**16055 Space Center Blvd.**<br>**Suite 450**<br>**Houston, TX 77062** | | $118,684.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Software COGs for Product** |
| 3.5. **Bijou Insights - Ryan Zorn**<br>**P.O. Box 331**<br>**Fraser, CO 80442** | | $8,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sales Commission** |
| 3.6. **Deel, Inc.**<br>**425 1st**<br>**San Francisco, CA 94105** | | $18,877.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor Payments** |
| 3.7. **Cohen Ziffer Frenchman & McKenna**<br>**1325 Avenue of the Americas**<br>**New York, NY 10019** | | $12,982.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Fees** |

Debtor **Iron IQ, Inc.**     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **DoiT International USA, Inc.**<br>**5201 Great America Parkway**<br>**Suite 320**<br>**Santa Clara, CA 95054** | | $80,762.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Software COGs for Product** |
| 3.9. **Greenberg Traurig**<br>**2200 Ross Avenue**<br>**Suite 5200**<br>**Dallas, TX 75201** | | $251,913.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Fees** |
| 3.10. **Remote Virtual Services**<br>**1320 Bobwhite Court**<br>**Sheridan, WY 82801** | | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor Payments** |
| 3.11. **South Avenue Investments, LLC**<br>**P.O. Box 4308**<br>**Grand Junction, CO 81502** | | $38,246.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office Lease Payments** |
| 3.12. **Team India**<br>**H1 St. Ashok Nagar**<br>**Bengaluru, Karnataka 560025, India** | | $52,878.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Contractor Payments** |
| 3.13. **TWILIO**<br>**101 Spear Street**<br>**Fifth Floor**<br>**San Francisco, CA 94105** | | $26,310.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Software COGs for Product** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor   **Iron IQ, Inc.** _____   Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **350 Investments LLC** **350 Beachfront Trail** **Unit 3** **Santa Rosa Beach, FL 32459** | **June 2024 to December 2024** | **$2,479.19** | **Interest only payments made** |
| 4.2. **Aaron Martinsen** **361 High Desert Road** **Grand Junction, CO 81507** | **June 2024 to December 2024** | **$2,479.19** | **Interest only payments made** |
| 4.3. **Freestyle Properties LLC** **20711 West Lance Hill Road** **Cheney, WA 99004** | **January 2024 to December 2024** | **$20,400.00** | **Interest only payments made** |
| 4.4. **Hsueh-hui Wu** **1025 Sandy Ridge Drive** **Davenport, FL 33896** | **June 2024 to December 2024** | **$9,916.69** | **Interests only payments made** |
| 4.5. **John Wolgamott** **423 Peak Trail Drive** **Durango, CO 81303** | **June 2024 to December 2024** | **$11,899.98** | **Interest only payments made** |
| 4.6. **Matthew J. Showalter** **20711 West Lance Hill Road** **Cheney, WA 99004** | **June 2024 to December 2024** | **$12,464.00** | **Interest only payments made** |
| 4.7. **VLM Resources LLC** **11314 Antelope Lane** **Parker, CO 80138** | **June 2024 to December 2024** | **$9,916.99** | **Interest only payments made** |
| 4.8. **Wesson Family Investments, L.P.** **605 Grandview** **Granbury, TX 76049** | **June 2024 to December 2024** | **$99,916.69** | **Interest only payments made** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **Iron IQ, Inc.**                                          Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | 4:23-CV-3416 | Tortious Interference Copyright Promissory Estoppel HACA Breach of Contract | US District Court for Southern Texas 515 Rusk Street Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Iron IQ, Inc.**                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen Dickey Riley PC**<br>**1660 Lincoln Street**<br>**Suite 1720**<br>**Denver, CO 80264** | | **January 8, 2025** | **$31,738.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unrelated Third Party** | **Cargo Trailer** | **Apx. July 2024** | **$5,750.00** |
| | **Relationship to debtor**<br>**None** | | | |

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **245 South Avenue**<br>**Grand Junction, CO 81501** | **June 1, 2019 to June 1, 2022** |

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Iron IQ, Inc.** | Case number *(if known)* | |

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Iron IQ, Inc. Guideline 401K Plan** | EIN:  **81-1019753** |

Has the plan been terminated?
- ■ No
- ☐ Yes

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

Debtor   **Iron IQ, Inc.**                                   Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Parkway Secure Storage** **2531 Riverside Parkway** **Grand Junction, CO 81501** | **Michael Ligrani** **Dustin Kittleson** | **Cargo Trailer - Sold** **Spare Parts - Transferred to Office** | ■ No ☐ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

Debtor    **Iron IQ, Inc.**                                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Clear Creek Accounting Solutions, LLC**<br>**653 Whitetail Drive**<br>**Ahsahka, ID 83520** | **2022 to Present** |
| 26a.2.  **Remote Virtual Services**<br>**1320 Bobwhite Court**<br>**Burns, CO 80426** | **2022 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Remote Virtual Services**<br>**1320 Bobwhite Court**<br>**Sheridan, WY 82801** | **2022 to Present** |
| **Name and address** | **Date of service From-To** |
| 26b.2.  **RG Fowler and Associates**<br>**5460 South Quebec Street**<br>**Suite 230**<br>**Greenwood Village, CO 80111** | **2019 to Present** |
| **Name and address** | **Date of service From-To** |
| 26b.3.  **Ascent CFO Solutions**<br>**2806 Speer Blvd.**<br>**Denver, CO 80211** | **2022 to Present** |
| **Name and address** | **Date of service From-To** |
| 26b.4.  **Hanson & Co.**<br>**4100 East Mississippi Avenue**<br>**Denver, CO 80246** | **2023 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Remote Virtual Services**<br>**1320 Bobwhite Court**<br>**Sheridan, WY 82801** | **2022 to Present** |
| 26c.2.  **RG Fowler and Associates**<br>**5460 South Quebec Street**<br>**Suite 230**<br>**Greenwood Village, CO 80111** | **2019 to Present** |

Debtor  **Iron IQ, Inc.**                                              Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3.  **Ascent CFO Solutions**<br>**2806 Speer Blvd.**<br>**Denver, CO 80211** | **2022 to Present** |
| 26c.4.  **Hanson & Co.**<br>**4100 East Mississippi Avenue**<br>**Denver, CO 80246** | **2023 to Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Novel Growth Capital**<br>**6701 West 64th Street**<br>**Suite 300**<br>**Overland Park, KS 66202** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☑ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Ligrani** | **610 Rood Avenue**<br>**Grand Junction, CO 81501** | **CEO**<br>**Vice President**<br>**Secretary** | **9.871%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew Showalter** | **20711 West Lance Hill Road**<br>**Cheney, WA 99004** | **Executive Chairman**<br>**Treasurer**<br>**President** | **15.727%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor **Iron IQ, Inc.**                                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Matthew J. Showalter<br>20711 West Lance Hill Road<br>Cheney, WA 99004 | $90,000 | 2024 | Salary |
| | **Relationship to debtor**<br>Executive Chairman | | | |
| 30.2. | Michael Ligrani<br>610 Rood Avenue<br>Grand Junction, CO 81501 | $90,000 | 2024 | |
| | **Relationship to debtor**<br>CEO | | | |
| 30.3. | Dustin Kittleson | $90,000 | 2024 | Salary |
| | **Relationship to debtor** | | | |
| 30.4. | Matt Melvin | $90,000 | 2024 | Salary |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

   | Name of the parent corporation | Employer Identification number of the parent corporation |
   |---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

   | Name of the pension fund | Employer Identification number of the pension fund |
   |---|---|

Debtor   **Iron IQ, Inc.**                                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 10, 2025**

**/s/ Michael Ligrani**                                    **Michael Ligrani**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Colorado

In re **Iron IQ, Inc.**                                    Case No. _____

                                   Debtor(s)    Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **See Attached** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 10, 2025**                    Signature  **/s/ Michael Ligrani**
                                                         **Michael Ligrani**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Colorado

In re   **Iron IQ, Inc.** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 10, 2025** _____        **/s/ Michael Ligrani** _____

                                                   **Michael Ligrani/CEO**
                                                   Signer/Title